UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | ) | INDICTMENT |
|---|---|---|
| | ) | |
| | ) | CR19-295 PJS/TNL |
| Plaintiff, | ) | |
| | ) | 18 U.S.C. § 922(g) |
| v. | ) | 18 U.S.C. § 924(a) |
| | ) | 18 U.S.C. § 924(d)(1) |
| JULIA RENE AYERS, | ) | 28 U.S.C. § 2461 |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Felon in Possession of Firearms)

On or about September 25, 2019, in the State and District of Minnesota, the defendant,

**JULIA RENE AYERS**,

having been previously convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year, that is,

| Crime | Court of Conviction | Year of Conviction |
|---|---|---|
| Possession With Intent To Distribute Methamphetamine | U.S. District Court, Dist. of Minnesota | 2015 |
| Fifth Degree Possession of Controlled Substances | Steele County, Minn. | 2012 |
| First Degree Sale of Controlled Substances | Steele County, Minn. | 2008 |
| Issue Dishonored Check | Steele County, Minn. | 2004 |

1



| Crime | Court of Conviction | Year of Conviction |
|---|---|---|
| Theft | Steele County, Minn. | 2002 |

and knowing she had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, namely:

    a. a Colt 5.56 x 45 mm M4 rifle, serial number LE491790;

    b. a Colt 5.56 x 45 mm M4 rifle, serial number LE439941; and

    c. a Ruger Super Blackhawk .44 caliber revolver, serial number 81-34610

all in violation of 18 U.S.C. §§ 922(g)(1) and 924(a).

### FORFEITURE ALLEGATIONS

Count 1 of this Indictment is incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

If convicted of Count 1 of this Indictment, the defendant,

### JULIA RENE AYERS,

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm with accessories and ammunition involved in or used in any knowing violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), including but not limited to multiple items seized on September 25, 2019, namely:

a. a Colt 5.56 x 45 mm M4 rifle, serial number LE491790;

b. a Colt 5.56 x 45 mm M4 rifle, serial number LE439941;

c. a Ruger Super Blackhawk .44 caliber revolver, serial number 81-34610;

d. a holster seized during the seizure of the Ruger Super Blackhawk .44 caliber revolver, serial number 81-34610, as described above, and

e. two (2) boxes of .44 caliber ammunition.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for at 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                FOREPERSON