# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA
# CRIMINAL MOTION HEARING

UNITED STATES OF AMERICA,

              Plaintiff,

v.

Julia Rene Ayers (1),

              Defendant.

**COURT MINUTES**
BEFORE: Tony N. Leung
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 19-cr-295 (PJS/TNL) |
| Date: | January 23, 2020 |
| Court Reporter: | Maria Weinbeck |
| Courthouse: | Minneapolis |
| Courtroom: | 9W |
| Time Commenced: | 2:45 p.m. |
| Time Concluded: | 3:17 p.m. |
| Sealed Hearing Time: | N/A |
| Time in Court: | 37 Minutes |
| Hearing Type: | Oral Argument |

APPEARANCES:
Plaintiff:  Allen A. Slaughter, Jr., Assistant U.S. Attorney
For Defendant Julia Rene Ayers (1):  Shannon R. Elkins, FPD
                                        Steven J. Wright, CJA

Deft(s). addtl briefs due:  **February 7, 2020**   Govt. addtl briefs due:  **February 24, 2020**

Non-Dispositive motions taken under advisement as of today:  **N/A**
Non-Dispositive motions taken under advisement as of **2/24/2020**:  **15, 16, 17, 18, 19, 21, 24**

☒ ORDER TO BE ISSUED   ☐ NO ORDER TO BE ISSUED   ☐ R&R TO BE ISSUED   ☒ NO R&R TO BE ISSUED
    ☐ Exhibits retained by the Court   ☐ Exhibits returned to counsel

Reset Hearings:
Voir Dire/Jury Instruction Due Date: **To be determined**
Trial Date: **To be determined**     Before: Hon. Patrick J. Schiltz  Crtrm: 14E, Minneapolis
Status Conference Date: **To be determined**  Before: Hon. Patrick J. Schiltz  Crtrm: 14E, Minneapolis

<u>s/EJB</u>
Signature of Law Clerk